# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| IN RE: **ABIMAEL ORTIZ FIGUEROA** | CASE NO: **16-00280-BKT** |
|---|---|
| Debtor(s) | Chapter 13 |

## TRUSTEE'S PRELIMINARY REPORT ON CONFIRMATION
## TRUSTEE'S OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

**\*ATTORNEY FEES AS PER R 2016(b) STATEMENT:**

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO\***

Total Agreed: **$3,000.00**     Paid Pre-Petition: **$132.00**    Outstanding (Through the Plan): **$2,868.00**

---

**\*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325**

Debtor(s) Income is (are) ☐ Under  ☑ Above Median Income      Liquidation Value: **$$0.01**

Commitment Period is    ☐ 36 months  ☑ 60 months §1325(b)(1)(B)    General Unsecured Pool: **$0.00**

With respect to the (amended) Plan date: Jun 06, 2016 (Dkt 21)    Plan Base: **$31,000.00**

The Trustee:    ☐ **DOES NOT OBJECT**  ☑ **OBJECTS**  Plan Confirmation   Gen. Uns. Approx. Dist.: 0.00 %

The Trustee objects to confirmation for the following reasons:

---

**\*OTHER COMMENTS / OBJECTIONS**

Reliable Financial Services ("Reliable") has not filed a claim for post-petition arrears. This document is necessary to confirm Reliable's acceptance of treatment in plan and sufficiency.

NOTE: There are no general unsecured claims in this case.

---

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: June 08, 2016

/s/ Alexandra Rodriguez, Esq.

Last Docket Verified: 23    Last Claim Verified: 3    CMC: **NM**